UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------------X
MARIO LEMOS, individually and on behalf of all others similarly situated,

                           Plaintiff,

-against-

EL PUNTO PERUANO, LLC and VITALINO VASQUEZ,

                           Defendants.
-------------------------------------------------------------------------X

Civil Action No.
18-cv-16870

## **DEFAULT JUDGMENT**

This action having been commenced on December 5, 2018, by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been duly served on defendant El Punto Peruano, LLC on December 20, 2018 and on defendant Vitalino Vasquez on January 24, 2019; and the proofs of service having been filed on January 17, 2019 and February 15, 2019, respectively; and the defendants, who are not infants or incompetent persons, having failed to appear, plead or otherwise defend in this action; and certificates of default having been entered by the Clerk of Court on March 11, 2019; and counsel for Plaintiff having requested judgment against the defaulted defendants by filing a proper motion and affidavits, with accompanying exhibits, in accordance with Federal Rules of Civil Procedure 55(b)(2); it is hereby

**ORDERED, ADJUDGED, and DECREED that**:

Judgment is entered in favor of Plaintiff and against defendants Punto Peruano, LLC and Vitalino Vasquez in the amount of $46,070.00, plus prejudgment interest from March 16, 2017 through August 19, 2019 in the amount of $1,541.45, costs in the amount of $750.00 pursuant to Local Civil Rule 54.1, and reasonable attorneys' fees in the amount of $6,420.00, for a total sum of $54,781.45, plus post-judgment interest pursuant to 28 U.S.C. §1961.

SO ORDERED:

Date: _____, 2019

_____
Hon. Claire Cecchi
United States District Judge